

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2018

No. 04-18-00118-CV

Jesus **Virlar**, M.D. and GMG Health Systems Associates, P.A.,
a/k/a and d/b/a Gonzaba Medical Group,
Appellants

v.

Jo Ann **Puente**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04936
Honorable Norma Gonzales, Judge Presiding

## O R D E R

The Appellant's Motion to Extend Time to File Appellant's Reply Brief is hereby GRANTED. Time is extended to December 12, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court